# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:15-cr-130-APG-PAL |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| CHRISTIAN ESTRADA-VALLE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses Indictment filed on April 29, 2015 against CHRISTIAN ESTRADA-VALLE.

DATED this 31st day of August, 2015.

DANIEL G. BOGDEN
United States Attorney

/s/ Robert A. Bork

ROBERT A. BORK
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 1st day of September 2015.

UNITED STATES DISTRICT JUDGE

1